IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


RONALD DAVID JONES,

      Plaintiff,

vs.                                                       Case No. 4:15cv90-RH/CAS

GREG TAYLOR,

      Defendant.

_____/


## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, recently filed eighteen cases in this Court.[1]  In this case, filed on February 19, 2015, Plaintiff filed a civil rights complaint, doc. 1, a motion requesting leave to proceed in forma pauperis, doc. 4, and a motion requesting the appointment of counsel, doc. 5.

Plaintiff's in forma pauperis motion demonstrates he lives on "family owned" property, is currently unemployed, and is provided money to pay the utility bill.  Doc. 4. Plaintiff did not fill out the financial affidavit completely because he did not provide any information about his most recent employer.   Nevertheless, good cause has been

---

[1] The case numbers are: 4:15cv61; 4:15cv76; 4:15cv80; 4:15cv81; 4:15cv82; 4:15cv83; 4:15cv84; 4:15cv85; 4:15cv86; 4:15cv87; 4:15cv88; 4:15cv89; 4:15cv90; 4:15cv104; 4:15cv105, 4:15cv116, 4:15cv117, and 4:15cv119.  In addition to those cases, Plaintiff also initiated case number 4:14cv332 in July of 2014.

shown and Plaintiff's in forma pauperis motion, doc. 4, is **Granted**.  The Clerk of Court

shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, doc. 1, has been reviewed and it is insufficient as filed.  The

complaint is not on court forms as is required by the local rules of this Court.  N.D. Fla.

Loc. R. 5.1(H).  In addition, Plaintiff did not file a notice of the pendency of other or prior

similar actions as required by N.D. Fla. Loc. R. 5.1(G).  That rule states: "Whenever the

newly filed case involves issues of fact or law common with such issues in another case

currently pending in this district, or if the case was previously terminated by any means

and has now been refiled without substantial change in issues or parties, the party filing

the case shall file a 'Notice of Pendency of Other or Prior Similar Actions' containing a

list and description thereof."  *Id.*  As explained below, this case involves issues of fact

which are in common with case 4:15cv61-RH/CAS, a case filed on February 6, 2015,

and case 4:14cv61-RH/CAS, a case filed in July 2014.  A notice should have been filed.

Nevertheless, there is no reason to require Plaintiff to submit an amended complaint to

correct those deficiencies because the factual allegations sufficiently demonstrate

Plaintiff cannot present a viable claim against Defendant Taylor.

Plaintiff alleges that on an unspecified date, Greg Taylor went to Plaintiff's home

and said "he was tired of getting complaints from [Plaintiff's] neighbors about Holy

Ghost Temple."  Doc. 1 at 1.  Taylor said he was going to meet with Jack McLean to

close Holy Ghost Temple because" Plaintiff must be in violation of "some city ordinance

. . . ."  *Id.*  Plaintiff makes the conclusory allegation that Taylor and "other City officials

devised a plan to have [Plaintiff] arrested for [Theft] of Utilities . . . ."  *Id.*  Plaintiff notes

that he was arrested in February 21, 2012, and claims he was unable to get paid as a

substitute teacher if he was in jail and could not work.  *Id.*  Plaintiff states that he was

eventually able to show a receipt indicating he paid his utility bill.  Doc. 1 at 2.

Plaintiff does not provide any factual allegations which show that Defendant

Taylor took any action which violated Plaintiff's rights.  Plaintiff has not provided any

facts which demonstrate Taylor's involvement with Plaintiff's arrest.  Plaintiff's claims are

frivolous and this complaint should be dismissed with prejudice.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's motion for leave to proceed in forma pauperis, doc. 3, is **GRANTED**.

2.  The Clerk of Court shall file the complaint without requiring payment of the

filing fee for this case.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's

complaint, doc. 1, be **DISMISSED** for failure to state a claim upon which relief may be

granted and all motions which may be pending in this case be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on March 2, 2015.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

**A party may file specific, written objections to the proposed findings and
recommendations within 14 days after being served with a copy of this report and
recommendation.  Failure to file specific objections limits the scope of review of
proposed factual findings and recommendations.**